JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEITH WESLEY EDWARDS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ATTORNEY GENERAL,<br><br>Respondent. | No. CV 24-00854-WLH (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition Without Prejudice,

IT IS ADJUDGED that this action is dismissed without prejudice as improperly brought in habeas corpus.

Date: 6/13/2024

WESLEY L. HSU
United States District Judge